# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>NJS.COM, LLC, d/b/a NAMEJEWELRYSPOT, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:17-cv-02747-AB (JEMx)<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate,

IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice, and that this court shall retain jurisdiction over any disputes relating to the settlement agreement reached in this matter.

Each party is to bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED.**

Dated: November 28, 2018      _____

HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE